[No. 937-2.   Division Two.   December 5, 1973.]

THE CITY OF TACOMA, *Respondent*, v. DONALD W. BOURGAIZE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 42118, Stanley W. Worswick, J., entered November 22, 1972. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Armstrong, A.C.J., and Ryan, J. Pro Tem.

[No. 764-3.   Division Three.   December 7, 1973.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN SIDNEY DeLORENZO, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 20753, Raymond F. Kelly, J., entered October 11, 1972. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 1867-1.   Division One.   December 10, 1973.]

JAMES R. YOUNG, *Respondent*, v. JEAN EUGENE HOUPLIN *et al., Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 751846, James W. Mifflin, J., entered July 18, 1972. *Reversed* by unpublished opinion per James, J., concurred in by Swanson, C.J., and Callow, J.

[No. 2264-1.   Division One.   December 10, 1973.]

*In the Matter of* LINDA LODENIA TYLER *et al.*
MODENIA COGBURN TYLER, *Respondent*, v.
CHARLES G. TYLER, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, Nos. 47070, 46958, Byron L. Swedberg, J., entered April 3, 1973. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson, C.J., and Callow, J.